IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

In Re:                         Case No: 14-32563-DHW

**Edric Smith**                  Chapter: 13
     SSN:    xxx-xx-3691
**Kimberly Smith**
     SSN:    xxx-xx-0679

**Debtors**

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF COPIES

Comes now and requests all to take note, **WELLS FARGO BANK, N.A.**, a Creditor and party in interest in the above captioned title 11 petition, by and through the undersigned counsel of record, Sirote & Permutt, P.C., be and hereby appears and request copies of all pleadings, including but not limited to, all notices, motions, applications, lists, schedules, statements, and all other matters arising herein, be duly served on **WELLS FARGO BANK, N.A.**, by and through its legal counsel of record, at the address set forth below, pursuant to Bankruptcy Rule 2002 and 9010(b).

/s/Enslen Crowe
Enslen Crowe (CRO-098)
Diane Murray (MUR-048)
Donald M. Wright (WRI-021)
Thomas G. Tutten, Jr. (TUT-003)
Attorney for Creditor

OF COUNSEL:
Enslen Crowe
Sirote & Permutt, P.C.
P.O. Box 55887
Birmingham, Alabama 35255-5887
Telephone: (205) 918-5013/Fax: (205) 212-2989
ecrowe@sirote.com

### CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of Oct., 2014, a copy of the foregoing pleading was served upon the following parties to this proceeding via electronic case management:

Joshua C Milam                      Curtis C. Reding
Shinbaum & Campbell             P.O. Box 173
566 S. Perry Street                 Montgomery, AL 36101
Montgomery, AL 36104         trustees_office@ch13mdal.com
jmilam@smclegal.com

/s/Enslen Crowe
OF COUNSEL