UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
  EDRIC SMITH )
  KIMBERY SMITH ) CASE NO. 14-32563-DHW-13
    Debtor(s). )

## OBJECTION TO CONFIRMATION

Now comes MAX CREDIT UNION, by its attorneys, Chambless Math ❖ Carr, P.C., and objects to confirmation of the Debtor's proposed plan and in support thereof states as follows:

1. The debtor has failed to provide evidence of insurance coverage as required 11 U.S.C. Section 1326(a)(4) on the collateral securing the loans of the movant, to wit: 2010 HONDA PILOT AND 2008 TOYOTA CAMRY.

2. The collateral securing the debts of the creditor is grossly undervalued and/or the specified monthly payment is insufficient to provide this creditor with adequate protection against depreciation of its interest over the term of the plan. The plan proposes to value the 2010 Honda Pilot at $19,000.00 whereas the NADA retail value is $21,925.00 and proposes to value the 2008 Toyota Corolla at $5,875.00 whereas the NADA retail value is $8,975.00.

3. This creditor has filed Court Claim #6 in the amount of $19,409.90 which is secured by the 2010 Honda Pilot, Court Claim #7 in the amount of $5,661.30 which is secured by the 2008 Toyota Corolla and Court Claim #8 in the amount of $4,971.96 which is secured by the equity in both vehicles.

4. The plan fails to provide for the secured claim of this creditor as required by 11 U.S.C. Section 1325(a)(5). The plan fails to make a secured provision for Court Claim #8 although there is more than enough equity to fully secure said claim.

WHEREFORE, MAX CREDIT UNION, prays for an Order denying confirmation along

with such further relief as the Court may deem proper.

MAX CREDIT UNION

By: /s/ Leonard N. Math

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230
lmath@chambless-math.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and/or depositing a copy thereof in the United States mail postage prepaid on this November 14, 2014.

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery AL 36101

JOSHUA C. MILAM
566 S. PERRY STREET
MONTGOMERY AL 36104

EDRIC SMITH
KIMBERY SMITH
1207 LAUREL BROOK LANE
MONTGOMERY AL 36117

/s/ Leonard N. Math