AMENDED EXHIBIT TO B-22

Line 60, Utilities Costs exceeding allowance        $202.00

Line 60, Vehicle insurance for debtors' cars        $207.00