# Proceeding Minutes / Proceeding Memo

*Case #:* 14-32563  *Case Name:* Edric Smith and Kimberly Smith
*Set:* 01/12/2015 09:30 am  *Chapter:* 13  *Type:* bk  *Judge* Dwight H. Williams
*matter* Confirmation Hearing

Notice of Evidentiary Hearing (related document(s): [20] Proceeding Memo filed by Curtis C. Reding) Confirmation hearing to be held on 02/02/2015 at 01:30 PM at Courtroom 4C, Judge Williams Presiding, U.S. Bankruptcy Court, Montgomery, AL. (jmclain)