UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: EDRIC SMITH  
      1207 LAUREL BROOK LANE  
      MONTGOMERY, AL 36117

CASE NO: 14-32563-DHW

Soc. Sec. No. XXX-XX-3691  
    Debtor.

## AMENDED INCOME WITHHOLDING ORDER

TO: BRIDGESTONE  
    ATTN PAYROLL  
    1200 FIRESTONE PKWY  
    AKRON, OH 44317

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that BRIDGESTONE withhold from the wages, earnings, or other income of this debtor the sum of **$202.00 WEEKLY** and remit all such funds withheld to:

**CURTIS C REDING, CHAPTER 13 TRUSTEE**  
**14-32563-DHW EDRIC SMITH**  
**P O BOX 613108**  
**MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Tuesday, January 13, 2015 .

cc: Debtor  
    Debtor's Attorney

*/ s / Dwight H. Williams Jr.*  
Dwight H. Williams Jr.  
United States Bankruptcy Judge